MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

     v.

LINARES, Antonio                        Crim. No.:  11-CR-20604-01

On 05/02/2016 the Court authorized the issuance of a supervised release summons based upon a violation petition citing a violation of supervision. The issue of the violation was heard in Court on 05/11/2016, and the Court made the following finding(s):

 X  Guilty of violating condition(s) of supervision. The offender was continued on supervised release, and the following special condition of supervision is added:

1. Offender shall not use or possess alcoholic beverage.
2. Offender shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
3. Restitution payment increased to $350.00 monthly.

                                                   Respectfully submitted,

                                                   s/David Smith  
                                                   United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

    Dated this 2nd   Day of June, 2016.

                                                   s/Robert H. Cleland  
                                                   Honorable Robert H. Cleland  
                                                   United States District Judge